In and for the United States District Court of the Middle District of Florida at Tampa

Harrell Anthony Gaston III

Case # 8:22 cv 83 TPB-AAS

v.

Florida etal
Chad Chronister Hillsborough County Sheriff
Kimberly K. Fernandez
Attorney General Ashley Moody
Sec'y DCF Shavanna Harris
Wilson Otero NEETC Administrator
Agents Companions Accessories and Others

A motion/Petition for order to show cause as to why the above defendants/Respondents to not be held in Contempt of the Equal Protections of the Constitution of the United States of America which Harrell is a four time Sworn Commissioned officer appointed via US POTUS and C in C of the US War office as is Harrell sworn to defend against ALL Enemies both foreign and Domestic and Harrell further seeks judicial notices and redresses of grievances as to whom in Florida State has mooted and stricken the USC and acted in malfeasance and Contempt of the USC and Congress Here Come Harrell Pro Se ing Civil Rights violation Complaint. 28Dec21 Tampa Harrell 47-0020

Clerk
Please file as a new Civil Rights Violation Petition

Thanking you in Advance for your behind the Scenes Service

I sure require a copy of the Local Rules for the MDF

Harrell 47-9020
law 5.2 USRCVProc