UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY GASTON HARRELL, III,

    Plaintiff,

v.                                             Case No. 8:22-cv-83-TPB-AAS

FLORIDA, et al.,

    Defendants.
_____/

## **ORDER**

This order is before the Court on review of the case file. On March 16, 2022, Plaintiff's complaint was stricken (Doc. 2) for failure to use the standard form as required by the local rules. *See* Local Rule 6.04(a), M.D. Fla. Plaintiff was ordered to amend his complaint using the standard form within thirty days. Plaintiff was also ordered either to pay the $402 filing fee in full or to file a completed Prisoner Consent and Financial Certificate form by the same date. The Court warned Plaintiff that failure to timely comply would result in dismissal of this action without further notice.

Although the order was mailed to the address on file and was not returned undeliverable, Plaintiff has failed to comply. Plaintiff returned the Prisoner Consent and Financial Certificate (Doc. 4), but he did not file an amended complaint as directed. He filed a notice requesting forms to file a petition under 28 U.S.C. § 2241. (Doc.3) The Clerk of Court mailed the requested forms to Plaintiff on April 7, 2022, and those

forms were not returned undeliverable. In his notice, Plaintiff stated that, on an unspecified date, he was due to be transported to a state hospital and provided an alternate address if mail is returned undeliverable. However, no mail has been returned undeliverable, he has not filed a notice of change of address, and he did not request an extension of time within which to file an amended complaint.

Accordingly, due to Plaintiff's lack of prosecution in this action and failure to file an amended complaint or seek an extension before the time expired to do so, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on April 25, 2022.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**